AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Malik CURRY<br>USMS #: 57257-509<br><br>*Defendant(s)* | )<br>)<br>) Case No. 2:26-mj-19<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __01/13/2026__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C 751(a) | Escape from Custody |

This criminal complaint is based on these facts:

On or about January, 13, 2026, Malik CURRY did knowingly escape from the custody of the United States Bureau of Prisons in violation of 18 U.S.C. 751(a). Furthermore, the aforementioned escape from custody occurred within the Southern District of Ohio.

☑ Continued on the attached sheet.

*Complainant's signature*

Zachary Milush   Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __January 14, 2026__

*Judge's signature*

Elizabeth Preston Deavers, U.S. Magistrate Judge
*Printed name and title*

City and state: __Columbus, OH__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **In the matter of:** : | |
| : | |
| **United States of America** : | Case No.: 2:26-mj-19 |
| v. : | |
| **Malik Curry** : | Magistrate Judge Deavers |
| : | |
| : | **UNDER SEAL** |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Zachary M. Milush, being duly sworn, do hereby declare and state the following:

### INTRODUCTION

1. I am a Deputy with the United States Marshals Service (USMS) and have been since December 2025. I am currently assigned to the USMS Southern Ohio Fugitive Apprehension Team (SOFAST) in the Southern District of Ohio. I have completed over 500 hours of instruction at the United States Marshals Service National Training Academy at the Federal Law Enforcement Training Center in Glynco, Georgia (FLETC). I previously served as a local law enforcement officer with approximately 5 years of experience conducting investigations, fugitive apprehension, as well as enforcing state and local laws and ordinances. I am authorized under 18 U.S.C. § 564 to enforce the laws of the United States, including 18 U.S.C. § 751, entitled Prisoners in Custody of Institution or Officer, and all its subsections.

2. On or about June 1, 2023, Malik CURRY was sentenced by United States District Judge Michael H. Watson to a term of 124 months of incarceration in the Bureau of Prisons (BOP) following one conviction under 21 U.S.C. §§ 841(a)(1)(b)(1)(A)(viii), and 846. CURRY was also sentenced to five (5) years of Supervised Release.

3. On or about November 27, 2023, CURRY was released to custody of the BOP, initially incarcerated at USP Coleman I, and ultimately incarcerated at FCI Butner. On or about January 13, 2026, CURRY was released from FCI Butner with instruction to self-report to the Alvis House for Men, located at 1755 Alum Creek Drive Columbus, Ohio, by 7:30PM that same evening. He was to remain at the Alvis House for Men until his projected release date of October 12, 2026. The Alvis House is a Halfway House in the Southern District of Ohio, and a facility approved by the BOP for transitioning federal inmates.

4. When an inmate is serving part of their sentence at the Alvis House, they remain in BOP custody. Inmates are restricted on their movement to and from the facility and are only able to leave the facility for work or with approval from the facility staff and signing out of the facility when departing and signing back in when returning.

5. On or about January 13, 2026, at approximately 0800 hours, CURRY left FCI Butner under the condition he would arrive at Alvis House on January 13, 2026, no later than 7:30pm. CURRY was transported via privately owned vehicle by a friend, only identified as Rachel Smith. As of January 14, 2026, CURRY has not arrived at Alvis House. The USMS was notified of this at approximately 11:00 am, via BOP Notice of Escaped Federal Prisoner.
6. As of January 14, 2026, CURRY has not returned to the Alvis House and his whereabouts are unknown. No attempts have been made by USMS Southern Ohio to locate CURRY at this time.

7. Based on the foregoing facts and my knowledge and experience, I submit that probable cause exists to believe Malik CURRY did knowingly escape from the custody of the United States Bureau of Prisons in violation of 18 U.S.C. 751(a). I thereby request the issuance of a criminal complaint and arrest warrant.

Zachary M. Milush
Deputy U.S. Marshal
United States Marshals Service

Sworn before me and subscribed in my presence this 14th day of January 2026, in Columbus, Ohio

ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE